152 So.2d 561

## HUMBLE PIPE LINE COMPANY

v.

## W. E. WAGGONNER, Sheriff and Ex-Officio Tax Collector of Bossier Parish.

### No. 46706.

May 14, 1963.

In re: Humble Pipe Line Company applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bossier. 151 So.2d 575.

Writ refused. The judgment complained of is correct.

152 So.2d 561

## Edward J. KAGLER

v.

## The TRAVELERS INDEMNITY COMPANY and Southland Construction Company.

### No. 46719.

May 14, 1963.

In re: Edward J. Kagler applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Washington. 151 So.2d 131.

Writ refused. The result is correct according to the facts found by the Court of Appeal.